UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL REGALADO, SR., et al.,<br><br>  Plaintiffs,<br><br>   v.<br><br>BNSF RAILWAY COMPANY,<br><br>  Defendants. | Case No. 23-cv-04287-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 3/15/2024 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 8/1/2025.

DESIGNATION OF EXPERTS: 8/29/2025; Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 10/3/2025.

DISPOSITIVE MOTIONS **SHALL** be filed by; 10/3/2025;
    Opp. Due: 10/17/2025; Reply Due: 10/24/2025;
    and set for hearing no later than 11/7/2025 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  12/3/2025
PRETRIAL CONFERENCE DATE: 12/17/2025 at 1:30 PM.

JURY TRIAL DATE: 1/20/2026 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 8-14 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: December 4, 2023

_____
SUSAN ILLSTON
United States District Judge