UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL REGALADO, SR., et al., JORGE NIEVES, et al., OSCAR TRONCOSO PEREZ,<br><br>            Plaintiffs,<br><br>       v.<br><br>BNSF RAILWAY COMPANY,<br><br>            Defendants. | Case Nos.:<br>23-cv-04287-SI<br>24-cv-03737-SI<br>24-cv-03752-SI<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 2/7/2025 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

ADR: Private Mediation to be completed by 10/31/2025

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 12/12/2025.

DESIGNATION OF EXPERTS: 1/9/2026;
       REBUTTALS: 1/30/2026; Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 2/20/2026.

DISPOSITIVE MOTIONS **SHALL** be filed by; 2/27/2026;
       Opp. Due: 3/13/2026; Reply Due: 3/20/2026;
       and set for hearing no later than 4/3/2026 at 10:00 AM.

PRETRIAL PAPERWORK DUE: 4/7/2026
PRETRIAL CONFERENCE DATE: 4/21/2026 at 1:30 PM.

JURY TRIAL DATE: 5/4/2026 at 8:30 AM.
       Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 14 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: December 4, 2023

_____
SUSAN ILLSTON
United States District Judge