UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MANUEL REGALADO, SR., et al.,

Plaintiffs,

v.

BNSF RAILWAY COMPANY, et al.,

Defendants.

Case No.  23-cv-04287-SI

**ORDER RE: DISCOVERY DISPUTES**

Re: Dkt. Nos. 81, 82

Pending before the Court are the parties' discovery disputes regarding Rule 30(b)(6) deposition notices served by plaintiffs Manuel Regalado, Sr., Manuel Regalado, Jr. ("Manny"), and Giovana Regalado (collectively, "plaintiffs") on defendants National Railroad Passenger Corp. dba Amtrak ("Amtrak") and BNSF Railway Company ("BNSF").  Dkt. No. 81 (Amtrak Stmt.); Dkt. No. 82 (BNSF Stmt.).

It is clear from the face of the parties' statements that they have not engaged in a meaningful meet and confer process.  For instance, Amtrak Category No. 5 seeks testimony about "[i]nformation regarding any communications received by AMTRAK concerning conditions at SUBJECT CROSSING."  Amtrak Stmt. at 4.  Amtrak complains that plaintiffs do not define the term "conditions," but does not address plaintiffs' response that "'[c]onditions' would include reports of site distance/visibility issues, trespassing occurring at or near the crossing, Form C track bulletins discussing the crossing, or radio communications from other trains or the dispatcher that there was an event/crowd/unusual occurrence at the crossing."  *Id.* at 4–5.

BNSF Category No. 14 seeks testimony on "[i]nformation regarding any signage at the SUBJECT CROSSING that was present on the date of INCIDENT and/or efforts to install signage at the SUBJECT CROSSING."  BNSF Stmt. at 6.  BNSF argues that "'efforts to install signage[]' . . . is not reasonably particularized" but does not respond to plaintiffs' clarification that

United States District Court
Northern District of California

they "seek[] testimony regarding railroad warning signs (crossbucks), advance warning signs, stop signs (if any), and any other warning devices or signage present at the crossing on June 26, 2022, including what entity installed and maintained each sign, what measures were taken to ensure the selected warning devices are adequate, etc." *Id.*

Accordingly, the Court ORDERS plaintiffs, Amtrak, and BNSF to further meet and confer live—that is, in person or via phone or videoconference—in a good faith attempt to resolve their disputes.

**IT IS SO ORDERED**.

Dated: March 13, 2026

_____

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California

2