KEITH D. CHIDLAW, Bar No. 133604
SCHUERING & DOYLE, LLP
350 University Avenue, Suite 200
Sacramento, California  95825-6581
(916) 567-0400

Attorneys for Defendants
BLOOMFIELD/ADAMS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL REGALADO, SR., MANUEL REGALADO, JR. and GIOVANA REGALADO,<br><br>        Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, et al.,<br><br>        Defendants.<br><br>_____<br><br>And All Consolidated Actions<br>_____ | Civil Action No.:3:23-CV-04287-SI<br>*Consolidated Actions:*<br>3:24-CV-03737-SI<br>3:24-CV-03752-SI<br><br>[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT<br><br>Date:  June 26, 2026<br>Time:  10:00 a.m.<br>Courtroom: 01·-17th Floor<br>Judge:   Susan Illston<br><br>Trial Date: November 9, 2026 |

Defendants ANN ELIZABETH ADAMS, an individual; ANN ELIZABETH ADAMS, as Trustee of the Marie Alicia Adams Irrevocable Trust dated December 31, 2009; ANN ELIZABETH ADAMS, as Trustee of the Marie Alicia Adams Irrevocable Trust under the Nancy C. Bloomfield Separate Property Trust; ANN ELIZABETH ADAMS, as Trustee of the Matthew  Dean Adams Irrevocable Trust under the Nancy C. Bloomfield Separate Property Trust; ANN ELIZABETH ADAMS, as Trustee of the Adams Family Trust dated June 18, 2020; THOMAS BLOOMFIELD, as Trustee of the Patrick Guerney Bloomfield Irrevocable Trust dated August 14, 2009; THOMAS BLOOMFIELD, as Trustee of the Patrick

1

Guerney Bloomfield Irrevocable Trust under the Nancy C. Bloomfield Separate Property Trust; THOMAS BLOOMFIELD, as Trustee of the Mitchell Carrigan Bloomfield Irrevocable Trust dated August 19, 2099; THOMAS BLOOMFIELD, as the Trustee of the Thomas Bloomfield 2016 Revocable Trust dated March 4, 2016; REBECCA BLOOMFIELD, as Trustee of the Patrick Guerney Bloomfield Irrevocable Trust dates August 14, 2009; REBECCA BLOOMFIELD, as Trustee of the Mitchell Carrigan Bloomfield Irrevocable Trust dated August 14, 2009, and MITCHELL CARRIGAN BLOOMFIELD's, an individual (hereinafter "Bloomfield/Adams Defendants") Motion for Determination of Good Faith Settlement came for hearing on June 26, 2026 at 10:00 a.m. in Courtroom 01·-17th Floor, the Honorable Susan Illston, judge presiding.

After full consideration of the papers and evidence submitted by the parties and with GOOD CAUSE APPEARING, the court rules as follows:

IT IS HEREBY ORDERED that the settlement between the Bloomfield/Adams Defendants and Plaintiffs REGALADO, NIEVES and TRONCOSO PEREZ was entered into in good faith and is a "good faith settlement" pursuant to the terms of Code of Civil Procedure section 877 and 877.6.

IT IS FURTHER ORDERED that pursuant to Code of Civil Procedure section 877.6 subdivision (c), all further claims by any party to this action under any theory of implied indemnity, equitable indemnity, comparative contribution, or otherwise based in any way on comparative fault against the Bloomfield/Adams Defendants, are forever barred.

IT IS SO ORDERED.

Dated: ___June 9, 2026___

_____
UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER ON MOTION FOR GOOD FAITH SETTLEMENT

**Proof of Service by Electronic Transmission - Civil**

**[Code of Civ. Proc. §§ 1010.6, 1011, 1013, 1013a, 2015.5;**
**Cal. Rules of Court, rules 10.503, 2.100-2.119, 2.251]**

I, Riesa R. Rice, declare:

At the time of service, I was over 18 years of age and not a party to this action.  My business address is: **350 University Avenue, Suite 200, Sacramento, California 95825.**

On May 13, 2026, I served the following documents:

[PROPOSED] ORDER ON MOTION FOR GOOD FAITH SETTLEMENT

**By e-mail or electronic transmission:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| Attorney | Representing | Phone/E-Mail |
| --- | --- | --- |
| Christopher B. Dolan Kimberly E. Levy DOLAN LAW FIRM, PC 1438 Market Street San Francisco, CA 94102 | Plaintiffs *Jorge Nieves, Sr., George Nieves, Jr., Maria Guadalupe Nieves, Emmanuel Nieves, Oscar Nieves, Estate of Maria Nieves, by and through successor-in-interest, Jorge Nieves, Sr.* | (415) 421-2800 - PHONE (415) 421-2830 - FAX chris@dolanlawfirm.com kimberly.levy@dolanlawfirm.com Matt.gramly@dolanlawfirm.com Phil.johnson@dolanlawfirm.com Carolina.ampuero@dolanlawfirm.com Alexander.galo@dolanlawfirm.com |

[PROPOSED] ORDER ON MOTION FOR GOOD FAITH SETTLEMENT

| Attorney | Representing | Phone/E-Mail |
|---|---|---|
| Robert A. Buccola<br>Jason J. Sigel<br>Ryan L. Dostart<br>DREYER, BABICH,<br>BUCCOLA,<br>WOOD, CAMPORA, LLP<br>20 Bicentennial Circle<br>Sacramento, CA 95826 | Co-Counsel for Plaintiffs<br>*Jorge Nieves, Sr.,*<br>*George Nieves, Jr.,*<br>*Maria Guadalupe*<br>*Nieves, Emmanuel*<br>*Nieves, Oscar Nieves,*<br>*Estate of Maria Nieves,*<br>*by and through*<br>*successor-in-interest,*<br>*Jorge Nieves, Sr.* | (916) 999-9132 - PHONE<br>(916) 379-3599 - FAX<br>rbuccola@dbbwc.com<br>jsigel@dbbwc.com<br>rdostart@dbbwc.com<br>DBBWC-ESERVICE@dbbwc.com<br>rdostart@dbbwc.com<br>ncrigger@dbbwc.com<br>ddean@dbbwc.com<br>mrodriguez@dbbwc.com<br>atredway@dbbwc.com |
| Anthony S. Petru<br>Charles S. Bracewell<br>Jessica L. Danielski<br>HILDEBRAND MCLEOD<br>& NELSON<br>5335 College Ave, Ste 5A<br>Oakland, CA 94618 | Plaintiffs<br>*Manuel Regalado, Sr.,*<br>*Manuel Regalado, Jr.,*<br>*and Giovana*<br>*Regalado* | (510) 451-6732 - PHONE<br>(510) 465-7023 - FAX<br>petru@hmnlaw.com<br>bracewell@hmnlaw.com<br>j.danielski@yahoo.com |
| Christopher Yuhl<br>Colin A. Yuhl<br>YUHL | CARR LLP<br>4640 Admiralty Way<br>Suite 410<br>Marina del Rey,<br>CA90292 | Plaintiff<br>*Oscar Troncoso Perez* | (310) 827-2800 - PHONE<br>(310) 827-4200 - FAX<br>cyuhl@yuhlcarr.com<br>cayuhl@yuhlcarr.com<br>sceglarski@yuhlcarr.com |
| Robert Luke<br>THE LUKE LAW FIRM<br>P.C.<br>1201 Shepherd Drive<br>Houston, TX 77007<br>*Pro Hac Pending* | Co-Counsel for Plaintiff<br>*Oscar Troncoso Perez* | (713) 457-6300<br>Robert@lukefirm.com<br>jose@lukefirm.com<br>legal@lukefirm.com |
| Stephanie L. Quinn<br>Sharvani Navangul<br>QUINN COVARRUBIAS<br>2220 Douglas Blvd.,<br>Suite 240<br>Roseville, CA 95661 | Defendants<br>*BNSF Railway*<br>*Company and*<br>*Amtrak* | (916) 400-2300 - PHONE<br>(916) 400-2311 - FAX<br>squinn@quinncova.com<br>snavangul@quinncova.com<br>capodaca@quinncova.com<br>eservice@quinncova.com |

4

[PROPOSED] ORDER ON MOTION FOR GOOD FAITH SETTLEMENT

| Attorney | Representing | Phone/E-Mail |
|---|---|---|
| Theodore Hoppe<br>Katherine Hoppe<br>HOPPE LAW<br>680 West Shaw Avenue,<br>Suite 207<br>Fresno, CA 93704 | Defendant<br>*Gilbert Somerhalder* | (559) 241-7070 - PHONE<br>(559) 241-7212 - FAX<br>tad@hoppe-law.com<br>kate@hoppe-law.com<br>marcia@hoppe-law.com<br>sarah@hoppe-law.com<br>alexa@hoppe-law.com<br>service@hoppe-law.com |

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on May 13, 2026, at Sacramento, California.

*Riesa R. Rice*

Riesa R. Rice
2032-15729